15- 493-CR

Cause NO. _CR 7177_

THE STATE OF TEXAS

V.

_LAQuint Sullivan_

IN THE DISTRICT COURT

_187_ JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
2015 AUG 17 PM 2:12
KEITH E. HOTTLE, CLERK
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

## MOTION TO REDUCE STATE JAIL FELONY
## TO MISDEMEANOR (Punishment)

TO THE HONORABLE JUDGE OF SAID COURT:

Come now, _LAQuint Sullivan_, Defendant in the above styled and numbered cause and files this his Motion to Reduce State Jail Felony to (Punishment) Misdemeanor, and in support of said motion would show the Court the following:

I.

Defendant was charged on the _26_ day of _September, 2014_ with the State Jail Felony offense of _Poss C/S less than 1gr_ which is a violation of section _____ of the Texas Penal/Health and Safety Code.

II.

On the _14_ day of _July_, _2015_, Defendant was adjudged guilty of said offense.

III.

Pursuant to Section 12.44 of the Texas Penal Code, Defendant asks the Court to consider the gravity and circumstances of the offense committed, and the history, character and rehabilitative needs of the Defendant, and find that ends of justice would be best served by reducing Defendant's punishment to that of a _Class A_ ~~Class A~~ misdemeanor. _Punishment_

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court reduce any Felony punishment that may be assessed in this cause to misdemeanor punishment and that Defendant be granted credit for time already served.

Respectfully submitted,

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 11 day of August , 2015, A true and correct copy of the above and foregoing Motion to Reduce State Jail Felony to Misdemeanor was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

Defendant

## ORDER

On this the ____ of _____, ____, came on to be heard Defendant's Motion to Reduce State Jail Felony Punishment to Misdemeanor and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, ____.

Judge Presiding